IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALT POND ASSOCIATES, ) | |
| ) | |
| Plaintiff and, ) | C.A. No. 92-597 LON |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES ARMY CORPS ) | |
| OF ENGINEERS, et al., ) | |
| ) | |
| Defendants and ) | |
| Counterclaimants. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Jeremy W. Homer, Esquire as counsel of record on behalf of the Plaintiff and Counterclaim Defendant, Salt Pond Associates.

                        PARKOWSKI, GUERKE & SWAYZE, P.A.

                        By: _____
                        Jeremy W. Homer, Esquire (DE Bar ID#413)
                        116 W. Water Street
                        P.O. Box 598
                        Dover, DE  19903
                        (302) 678-3262
                        jhomer@pgslegal.com
                        Attorneys for Salt Pond Associates

DATED: August 31, 2007