IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SALT POND ASSOCIATES, | ) | |
| | ) | |
| Plaintiff and, | ) | Civil Action No.  92-597-LON |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES ARMY CORPS | ) | |
| OF ENGINEERS, et al., | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Defendants and | ) | |
| Counter-Claimants. | ) | |

    I, Jeremy W. Homer, Esquire, hereby certify that on August 31, 2007, I electronically filed the foregoing Entry of Appearance to the Clerk of the Court, using CM/ECF.

    I hereby certify that on August 31, 2007, I have also mailed by United States Postal Service, the foregoing Entry of Appearance to the following parties:

Patricia C. Hannigan
Assistant United States Attorneys
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Barry Gale, Esquire
U.S. Army Corps Of Engineers
Philadelphia District
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107-3390


Brian Blackwell
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
Jeremy W. Homer, Esquire (DE Bar ID#413)
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
jhomer@pgslegal.com
Attorneys for Salt Pond Associates

h\Salt Pond\Superior\Entry Appearance