LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE
PROFESSIONAL ASSOCIATION
116 WEST WATER STREET
P.O. BOX 598
DOVER, DELAWARE 19903
302-678-3262
FAX: 302-678-9415

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WILMINGTON OFFICE
800 KING STREET, SUITE 203
WILMINGTON, DE 19801-0369
302-654-3300
FAX: 302-654-3033

August 31, 2007

**VIA ELECTRONIC MAIL USING CM/ECF**
**AND FIRST CLASS MAIL**
Dr. Peter T. Dalleo
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE:   **Salt Pond Associates, Plaintiffs, v.**
      **United States Army Corps of Engineers, et al., Defendants**
      **Case No.: 92-597-LON**

Dear Dr. Dalleo:

Our firm represents the Plaintiff/Counter-Defendant, Salt Pond Associates (Salt Pond) in the above matter. The Defendants/Counter-Plaintiffs are currently represented by Patricia C. Hannigan, Assistant U.S. Attorney, and Barry F. Gale, U.S. Army Corps of Engineers. This letter requests that the attached Stipulation to Modify Consent Decree (Stipulation) be presented to the Court for approval. At the bottom of the Stipulation, there is a proposed order approving the Stipulation.

Although the attached pleading is self-explanatory, it is lengthy and, therefore, it may be helpful to relate the following background. The purpose of the stipulation is to set the stage for terminating a Consent Decree (Decree) (Exhibit A to the Stipulation) entered into between the parties and approved by the Court on March 30, 1994 (Docket No. 48). The Decree, among other things, required Salt Pond to perform certain work, which now has been completed. The Decree, at paragraph 42 (p. 18), also provided for the Court's retention of jurisdiction until termination of the Decree by the Court. Exhibit C to the Stipulation contains a form of motion for terminating the case, which will be filed at some point after the Stipulation is approved.

Dr. Peter T. Dalleo
Page 2

      Please let me know if you have any questions or need any other information to process the case. Thank-you for your assistance.

Yours truly,

JEREMY W. HOMER
Delaware Bar ID#0413

JWHsar
e:mail: JHomer@pgslegal.com
Enclosures
cc: Patricia C. Hannigan, Esquire (W/Enclosures) (Via First Class Mail)
    Barry F. Gale, Esquire (W/Enclosures) (Via First Class Mail)
    Brian Blackwell, U.S. District Court (W/Enclosures) (Via First Class Mail)
    F. Michael Parkowski, Esquire (W/Enclosures)