## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SALT POND ASSOCIATES, | ) | |
| | ) | |
| Plaintiff and, | ) | Civil Action No.  92-597-LON |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES ARMY CORPS | ) | |
| OF ENGINEERS, et al., | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Defendants and | ) | |
| Counter-Claimants. | ) | |

    I, Jeremy W. Homer, Esquire, hereby certify that on August 31, 2007, I electronically filed the foregoing August 31, 2007 letter to the Clerk of the Court and the Stipulation To Modify Consent Decree, using CM/ECF.

    I hereby certify that on August 31, 2007, I have also mailed by United States Postal Service, the foregoing August 31, 2007 letter to the Clerk of the Court and the Stipulation To Modify Consent Decree to the following parties:

Patricia C. Hannigan
Assistant United States Attorneys
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Barry Gale, Esquire
U.S. Army Corps Of Engineers
Philadelphia District
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107-3390

Brian Blackwell
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
Jeremy W. Homer, Esquire (DE Bar ID#413)
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
jhomer@pgslegal.com
Attorneys for Salt Pond Associates

H\Salt Pond\Court10