# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALT POND ASSOCIATES, :<br>:<br>    Plaintiff and :<br>    Counter-Defendant :<br>:<br>v. :<br>:<br>UNITED STATES ARMY CORPS :<br>OF ENGINEERS, et al., :<br>:<br>    Defendants and :<br>    Counter-Claimants. : | Civil Action No. 92-597-LON |

**PLAINTIFF'S UNOPPOSED MOTION
TO TERMINATE CONSENT DECREE**

The plaintiff, Salt Pont Associates ("SPA), by and through counsel, hereby respectfully moves the Court to terminate the consent decree, and sets forth the following to support said motion:

1. SPA, the plaintiff and counter-defendant, entered a Consent Decree on or about January 10, 1994, with the defendants-counter claimants, the United States of America and the United States Army Corps of Engineers ("Corps). A copy of the Consent Decree is attached hereto as Exhibit A;

2. SPA complied with the various requirements set forth in the Consent Decree, including but not limited to payment of penalties;

3. The Consent Decree also requires SPA to undertake certain wetlands mitigation work. Subsequent to performance of wetlands mitigation work pursuant to the Consent Decree, some such work was damaged by mowing activity associated with nearby lands;

4. Consequently, SPA and the Corps agreed to certain restoration work to be performed by or on behalf of SPA. SPA also agreed to install certain monuments and signs to mark the borders of a conservation area which contains wetlands and which is subject to a Conservation Easement established pursuant to the Consent Decree;

5. On July 26, 2006, the parties entered a Stipulation to Modify the Consent Decree and to provide a means by which the Consent Decree could be terminated. Court approval of the Stipulation is required pursuant to Section XV of the Consent Decree. A copy of the Stipulation is attached hereto as Exhibit B;

6. As per the Stipulation, defendants do not oppose this motion;

7. Pursuant to the Stipulation the parties have agreed that all of the requirements of the Consent Decree, as modified by the Stipulation, have been satisfied.

WHEREFORE, SPA respectfully moves the Court for an order approving the Stipulation to Modify the Consent Decree and, pursuant to this motion, to terminate the Consent Decree.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By:_____
F. Michael Parkowski, Esquire
Delaware Bar I.D. No. 7
116 W. Water Street
P. O. Box 598
Dover, DE 19903
(302) 678-3262
mparkowski@pgslegal.com

*Attorneys for Salt Pond Associates*

        COLM F. CONNOLLY
        United States Attorney

By: _____
     Patricia C. Hannigan
     Assistant United States Attorney
     Delaware Bar I.D. No. 2145
     The Nemours Building
     1007 Orange Street, Suite 700
     P. O. Box 2046
     Wilmington, DE 19899-2046
     (302) 573-6277
     Patricia.Hannigan@usdoj.gov

*Attorneys for the United States*
*Army Corps of Engineers*


**IT IS SO ORDERED** this _____ day of _____, 2006.


_____
                             J.