IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SALT POND ASSOCIATES, :
:
    Plaintiff and :
    Counter-Defendant :
:
v. : Civil Action No. 92-597-SLR ~~LON~~
:
UNITED STATES ARMY CORPS :
OF ENGINEERS, et al., :
:
    Defendants and :
    Counter-Claimants. :

### STIPULATION TO MODIFY CONSENT DECREE

WHEREAS, the parties to this Stipulation include all parties to the action;

WHEREAS, this action involves certain fill activities that took place in wetlands regulated pursuant to the Clean Water Act, §404 (33 U.S.C. §1344), and the Rivers and Harbors Act, §10

(33 U.S.C. §403);

WHEREAS, on or about January 10, 1994, the parties filed a Consent Decree (attached as Exhibit A) which sets out various obligations and requirements, including requirements imposed upon plaintiff Salt Pond Associates (SPA) to perform certain restoration and other work before the Consent Decree and the court's jurisdiction over the claims raised in this matter are terminated;

WHEREAS, by this Stipulation the parties wish to identify and commit to certain obligations related to the Consent Decree;

WHEREAS, the parties agree the Consent Decree should be modified pursuant to Section XV of the Consent Decree, which requires court approval for such modification, to allow for termination of the Consent Decree;

WHEREFORE, the parties, intending to be hereby legally bound, subject to the court's approval of this Stipulation, do stipulate as follows:

1. The Corps shall promptly initiate and complete whatever authorization is necessary pursuant to Nationwide Permit 32 for certain fill activity associated with the enlargement of the rear tee of golf hole number 16, off of McCoy's Way, located at the Salt Pond site.

2. To the extent, if at all, the remaining plantings required for restoration of the mitigation work required under paragraph number 10 of the Consent Decree are not completed by the date the Stipulation is executed by all parties, such plantings shall be completed to the satisfaction of the U.S. Army Corps Of Engineers (Corps).

3. SPA is in the process and shall complete the process of installing 409 monuments and 236 signs to mark the borders of the lands which are subject to the Conservation Easement referenced in paragraph number 10 of the Consent Decree.

4. The said Conservation Easement shall be hereby modified to conform to the form of easement which appears as Exhibit B, attached hereto. The parties have agreed that the said modifications are necessary in order 1) to effect minor changes in wetland and pond areas to be protected, to improve wetlands protection; 2) to address concerns of the Delaware Department of Natural Resources and Environmental Control (the Easement Grantee); and 3) to allow for certain necessary pond maintenance activities within the conservation easement area.

5. SPA will cause to be paid to the Nature Conservancy (Delaware Chapter) the amount of $240,000.00. In conjunction with this payment, SPA shall specify to the Nature Conservancy that the money paid is to be used solely to purchase waters, wetlands and adjacent uplands in eastern Sussex County, Delaware or to purchase conservation easements over waters, wetlands, and adjacent upland in eastern Sussex County, Delaware. SPA will cause to be paid to the Delaware Department of Natural Resources and Environmental Control the amount of $10,000.00 to be utilized to cover administrative and maintenance costs associated with the Conservation Easement referenced above.

6. Upon issuance of authorization pursuant to Nationwide Permit 32, as referred to in Paragraph 1, *supra*, a copy thereof shall be provided promptly to Plaintiff.

7. Once this Stipulation is duly executed by all parties hereto, the Conservation Easement shall be promptly executed and recorded by SPA or the Grantee, the Delaware Department of Natural Resources and Environmental Control, with the Sussex County, Delaware Recorder of Deeds office.

8. Upon conveyance of the Conservation Easement, SPA shall file a motion to terminate the Consent Decree, in the form attached hereto as Exhibit C, and the Defendants shall not oppose the motion.

9. Plaintiff in entering this Stipulation does not admit any violation, fault or liability under federal, state or local law or any legal liability whatsoever. Nothing contained in this Stipulation is intended by the parties to be, nor shall it be, an admission or adjudication of facts or law, a waiver with respect to any right or defense of the Plaintiff for any purpose, or evidence of any wrong doing, misconduct, fault or liability to any

3

person on the part of Plaintiff. It is the intent of the parties that this Stipulation shall not be admissible into evidence in any other proceedings against Plaintiff nor shall it be construed to create rights in any third parties against Plaintiff, provided however, that Defendant shall be entitled to utilize the Stipulation without limitation in any proceeding to enforce the provisions of the Stipulation.

10. This Stipulation sets out in full all the obligations of the parties related to the Consent Decree, as amended hereby, the parties either having satisfied the obligations of the Consent Decree or modified such obligations by this Stipulation.

SALT POND ASSOCIATES

DATE: August 1, 2006     By: /s/ Michael Parkowski

F. MICHAEL PARKOWSKI, ESQUIRE
Parkowski, Guerke & Swayze, P.A.
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
mparkowski@pgslegal.com

*Attorneys for Salt Pond Associates*

UNITED STATES ATTORNEY'S OFFICE

COLM F. CONNOLLY
United States Attorney

DATE: August 2, 2006     By: /s/
PATRICIA C. HANNIGAN
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

*Attorneys for the United States*
*Army Corps of Engineers*

OF COUNSEL:

BARRY F. GALE, ESQUIRE
U.S. ARMY CORPS OF ENGINEERS
Philadelphia District
The Wanamaker Building
100 Penn Square East

5

Philadelphia, PA 19107-3390
(215) 656-6528

IT IS SO ORDERED this   10th   day of ___October___, 2007.

*[signature]*
J.
UNITED STATES DISTRICT COURT